*Clarence F. Corner* and *Frederick Weisbrod* for motion. *Joseph T. Losee* opposed.

Motion denied, with $10 costs.

BECKIE RAPOPORT et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued October 19, 1953; decided November 25, 1953.

638

*Bernard Meyerson, Irving Coopersmith* and *Louis Dubow* for appellants.

*Denis M. Hurley, Corporation Counsel (Alfred Weinstein, Seymour B. Quel* and *Fred Iscol* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld and Froessel, JJ. Taking no part: Van Voorhis, J.

NATIONAL HOME PRODUCTS CO., INC., Appellant, *v.* UNION CARBIDE AND CARBON CORPORATION, Respondent.

Argued October 16, 1953; decided November 25, 1953.